TOWN OF IRVINGTON, IN THE COUNTY OF ESSEX, PROSE-
CUTOR, v. INDEPENDENT NEW JERSEY VEREIN, DE-
FENDANT.

Argued January 6, 1925—Decided January 23, 1925.

**Taxes and Assessments—Assessments for Benefits Set Aside on
Ground That Property was Used Exclusively for Cemetery
Purposes and Exempt Under Statute.**

On *certiorari.*

Before Justices KALISCH, BLACK and CAMPBELL.

For the prosecutor, *Charles H. Stewart.*

For the defendant, *William Greenfield.*

PER CURIAM.

The writ of *certiorari* was issued in this case to review an
order made by Judge Dungan on the 6th day of September,
1924, relieving the Independent New Jersey Verein, the de-
fendant, from an assessment for benefits or local improve-
ments, levied by the board of commissioners of assessment,
for local improvements of the town of Irvington, on the
ground that the defendant is exempt from such an assess-
ment, the property being used exclusively for cemetery pur-
poses.

The question involved is the meaning of the phrase "all
public taxes, rates or assessments," in the Cemetery Associa-
tions act, as applied to the lands and property of such asso-
ciations. *Comp. Stat. of N. J., p.* 375, § 8. Judge Dungan
filed an opinion, in which the facts are fully stated, and the
reasons for his conclusion. We are satisfied with that
opinion, and affirm the order for the reasons stated by Judge
Dungan.

The order is affirmed and the writ of *certiorari* is dis-
missed, with costs.